IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DALE SCHMIDT, )
)
Plaintiff, )
)
v. ) Case No. 2:26-cv-0611-BHL
)
SUMMER SUNDAS NAQVI, KEVIN )
MORRISON, and JOHN DOES 1-10, )
)
Defendants. )

---

## NOTICE OF FILING FCRP 7.1 DISCLOSURE

---

Pursuant to FRCP 7.1, Defendant Sundas Naqvi is not a corporation. Defendant is

a natural person and is a citizen of the State of Illinois. Defendant does not reside in the

District.

Dated: April 30, 2026.

Respectfully submitted,

/s/ Erin K. Russell
Erin K. Russell
THE RUSSELL FIRM LLC
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
T: 312-994-2424
erin@russellfirmip.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2026, she filed this document

via the Court's CM/ECF system, thereby serving all parties of record.

/s/ Erin K. Russell