# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHERIFF DALE SCHMIDT, <br><br>      Plaintiffs, <br><br>   vs. <br><br> SUMMER SUNDAS NAQVI, et al., <br><br>      Defendants. | Case No. 26-CV-611 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark M. Leitner hereby appears in this matter as additional counsel for Defendant Kevin Morrison and further requests that all further notices and copies of pleadings, papers, and other materials relevant to this action be directed and served upon him via the PACER/ECF electronic filing system, with correspondence, written discovery, and other documents not filed with the Court to be served upon them at the address below.

Dated this 8th day of July, 2026

*s/ Mark M. Leitner*
Mark M. Leitner (WI State Bar No. 1009459)
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003 (phone)
(414) 755-7089 (fax)
mleitner@llgmke.com

*Attorney for Defendant Kevin Morrison*