**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| SHERIFF DALE SCHMIDT,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMER SUNDAS NAQVI, et al.,<br><br>Defendants. | Case No. 26-CV-611 |

**DEFENDANT KEVIN MORRISON'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant Kevin Morrison, by his attorneys Mark M. Leitner and John M. O'Shea of Laffey, Leitner & Goode LLC, hereby moves the Court pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing this lawsuit upon its merits and with prejudice.

The reasons and grounds for this motion are set forth specifically in Defendants' Brief in Support of Motion to Dismiss filed contemporaneously with the motion, along with all other pleadings and materials of record.

Dated this 28th day of August, 2026.

LAFFEY, LEITNER & GOODE LLC
Counsel for Defendant Kevin Morrison

*/s/ Mark M. Leitner*

Mark M. Leitner
State Bar No. 10069459
John M. O'Shea
State Bar No. 1135345
325 E. Chicago Street
Suite 200
Milwaukee, WI 53202
(414) 312-7003 (telephone)
(414) 755-7089 (facsimile)
mleitner@llgmke.com
joshea@llgmke.com