# United States District Court
For The
Eastern District Of Wisconsin

Sheriff Dale Schmidt,
In his individual capacity,

Plaintiff,

CASE NO: 26-CV-611

v.

Sundas Naqvi, Kevin Morrison, Sarah Afzal,
And John Does 1-10,

Defendants.

# Joinder

of Defendant Sarah Afzal

in Motion to Dismiss of Defendant Kevin Morrison (dkt. # 22)

Defendant Sarah Afzal, by her Attorneys, The Jeff Scott Olson Law Firm, S.C., by Attorney Jeff Scott Olson, hereby joins and adopts the Motion to Dismiss filed by Defendant Kevin Morrison (dkt. # 22) as if fully set forth herein.

Dated this Tuesday, September 01, 2026.

Respectfully submitted,

Sarah Afzal,

Defendant,

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar Number 1016284
1025 Quinn Drive, Suite 500
Waunakee, WI 53597-2502
Phone: 608 283-6001
Fax: 608 283 0945
E-mail: jsolson@scofflaw.com

/s/ Jeff Scott Olson

Jeff Scott Olson

ATTORNEYS FOR DEFENDANT SARAH AFZAL