# United States District Court
## For The
## Eastern District Of Wisconsin

Sheriff Dale Schmidt,
In his individual capacity,

Plaintiff,

Case No: 26-CV-611

v.

Sundas Naqvi, Kevin Morrison, Sarah Afzal,
And John Does 1-10,

Defendants.

# Motion

of Defendant Sarah Afzal

for Judgment on the Pleadings

Pursuant to Rule 12(c), Fed. R. Civ. Pro.

*(no separate brief to be filed)*

Defendant Sarah Afzal, by her Attorneys, The Jeff Scott Olson Law Firm, S.C., by Attorney Jeff Scott Olson, hereby moves the Court for judgment on the pleadings pursuant to Rule 12(c), Fed. R. Civ. Pro.

This motion is based on the arguments set forth by Defendant Sundas Naqvi in support of her motion to dismiss (dkt. # 22), and by Defendant Kevin Morrison in his brief in support of his motion to dismiss (dkt. # 23).[1] No separate brief will be filed in support of this motion.

Dated this Thursday, September 03, 2026.

Respectfully submitted,

Sarah Afzal,

Defendant,

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar Number 1016284
1025 Quinn Drive, Suite 500
Waunakee, WI  53597-2502
Phone: 608 283-6001
Fax: 608 283 0945
E-mail: jsolson@scofflaw.com

[1] A motion for judgment on the pleadings pursuant to Rule 12(c) is reviewed under the same standard that applies to dismissals under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. See *R.J. Corman Derailment Servs., L.L.C. v. Int'l Union, Local Union 150*, 335 F.3d 643, 647 (7 th Cir.2003).

/s/ Jeff Scott Olson

Jeff Scott Olson

ATTORNEYS FOR DEFENDANT SARAH AFZAL